**STATE of Missouri, Respondent,**

v.

**Michael S. KAHRE, Appellant.**

No. 63008.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 7, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his convictions for three counts of selling a controlled substance. We affirm. We further find no jurisprudential purpose would be served by a written opinion in this matter and affirm by summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.

■

**Sterling CUMMINGS, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 63282.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 7, 1993.

Elizabeth Haines, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Sterling Cummings, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. The judgments of conviction which movant sought to vacate were for forgery, stealing from a person, and the fraudulent use of a credit device. He was sentenced to concurrent terms of imprisonment of seven years, seven years, and one year.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).